Jennifer Chang, Esq. (JC5716)
**KROLL HEINEMAN CARTON, LLC**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100
Fax: (732) 491-2120
*Attorneys for Petitioners*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NEW JERSEY BUILDING LABORERS STATEWIDE BENEFIT FUNDS AND THE TRUSTEES THEREOF, | ) ) ) ) | Hon. <br><br> Civil Action No. 20- |
| Petitioners, | ) ) | **CIVIL ACTION** |
| v. | ) ) | **NOTICE OF MOTION** |
| JOHN D. LAWRENCE, INC., | ) ) | **TO CONFIRM** <br> **ARBITRATION AWARD** <br> **AND ENTRY OF JUDGMENT** |
| Respondent. | ) | |

To:

    John D. Lawrence, Inc.
    279 Mount Royal Road
    Sewell, New Jersey 08080

**PLEASE TAKE NOTICE** that, on September 8, 2020, at 9:00 in the forenoon, or as soon thereafter as counsel may be heard, the undersigned attorneys for Petitioners New Jersey Building Laborers Statewide Benefit Funds and the Trustees thereof ("Petitioners") shall move for an Order confirming the Arbitration Award and Entry of Judgment at the United States Courthouse, Camden, New Jersey.

**PLEASE TAKE FURTHER NOTICE** that counsel shall rely upon the attached Petition To Confirm Arbitration Award and Entry of Judgment, Statement that No Brief is Necessary, Proposed Form of Order, and Proposed Form of Judgment.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested only if this application is opposed.

|  |  |
|---|---|
| By: | **KROLL HEINEMAN CARTON, LLC**<br>*Attorneys for Petitioners*<br><br>*S/ JENNIFER CHANG*<br>_____<br>JENNIFER CHANG |

DATED: August 13, 2020