Jennifer Chang, Esq. (JC5716)
**KROLL HEINEMAN CARTON, LLC**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100
Fax: (732) 491-2120
*Attorneys for Petitioners*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY BUILDING LABORERS STATEWIDE BENEFIT FUNDS AND THE TRUSTEES THEREOF, | Hon. |
| Petitioners, | Civil Action No. 20- |
| v. | **CIVIL ACTION** |
| JOHN D. LAWRENCE, INC., | **STATEMENT THAT** <u>**NO BRIEF IS NECESSARY**</u> |
| Respondent. | |

Petitioners have not filed a brief in support of their Petition to Confirm the Arbitration Award because there does not appear to be any legal or factual issue in dispute, and it does not appear that there is any question that the arbitration award at issue in this case may be confirmed and judgment entered.

**KROLL HEINEMAN CARTON, LLC**
*Attorneys for Petitioners*

*S/ JENNIFER CHANG*
By: _____
JENNIFER CHANG

DATED:  August 13, 2020