Jennifer Chang, Esq. (JC5716)
**KROLL HEINEMAN CARTON, LLC**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100
Fax: (732) 491-2120
*Attorneys for Petitioners*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| NEW JERSEY BUILDING LABORERS STATEWIDE BENEFIT FUNDS AND THE TRUSTEES THEREOF, | ) ) ) | Hon. |
| | ) | Civil Action No. 20- |
| Petitioners, | ) ) | **CIVIL ACTION** |
| v. | ) ) ) | **ORDER CONFIRMING ARBITRATION AWARD** |
| JOHN D. LAWRENCE, INC., | ) ) | |
| Respondent. | ) | |

**THIS MATTER** having come before the Court by Kroll Heineman Carton, LLC, (Jennifer Chang, Esq., appearing) attorneys for Petitioners, pursuant to a Petition to Confirm the Arbitration Award; this Court having fully considered the moving and opposition papers submitted by the parties, as well as the arguments of counsel, if any, and for good and sufficient cause shown;

**IT IS** on this 8th day of September 2020,

**ORDERED, ADJUDGED, AND DECREED** that the Opinion and Award of June 30, 2020 shall and are hereby CONFIRMED.

_____
Judge, United States District Court