Jennifer Chang, Esq. (JC5716)
**KROLL HEINEMAN CARTON, LLC**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100
Fax: (732) 491-2120
*Attorneys for Petitioners*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| | Hon. |
| NEW JERSEY BUILDING LABORERS STATEWIDE BENEFIT FUNDS AND THE TRUSTEES THEREOF, | Civil Action No. 20- |
| Petitioners, | **CIVIL ACTION** |
| v. | **JUDGMENT** |
| JOHN D. LAWRENCE, INC., | |
| Respondent. | |

**THIS MATTER** having come before the Court by Kroll Heineman Carton, LLC (Jennifer Chang, Esq., appearing) pursuant to a Petition to Confirm Arbitration Award; the Court having fully and thoroughly considered the matter as well as any pleadings, motions, and oral argument of counsel; and a decision having been duly rendered by this Court;

**IT IS** on this 8th day of September 2020,

**ORDERED AND ADJUDGED** that Petitioners shall recover from Respondent John D. Lawrence, Inc., the amount of $6,323.20, plus court's filing fee in the amount of $400.00.

_____
Judge, United States District Court