**KROLL HEINEMAN CARTON, LLC**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100
Fax: (732) 491-2120
*Attorneys for Petitioners*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY BUILDING LABORERS STATEWIDE BENEFIT FUNDS AND THE TRUSTEES THEREOF, <br><br> Petitioners, <br><br> v. <br><br> JOHN D. LAWRENCE, INC., <br><br> Respondent. | Hon. <br><br> Civil Action No. 20- <br><br> **CIVIL ACTION** <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that a copy of the Civil Cover Sheet, Petition To Confirm Arbitration Award and the Entry of Judgment, Notice of Motion To Confirm Arbitration Award, Statement That No Brief Is Necessary, Proposed Form of Order, Proposed Form of Judgment, and the within Certificate of Service were sent, simultaneously, via first class and certified mail/r.r.r, to Respondent at the address as follows:

> John D. Lawrence
> 279 Mount Royal Road
> Sewell, New Jersey 08080

_____
Ruth K. Torres

DATED: August 13, 2020